NUMBER 13-01-679-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


IN RE: DAISY PATCH FLORIST, INC. AND ANITA PEASE

____________________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Castillo

Opinion Per Curiam

This cause is before the Court on relators' motion to dismiss the petition for writ of mandamus. In the motion, relators state
that this case has been resolved. Relators requests that this Court dismiss their petition for writ of mandamus.

The Court, having considered the documents on file and relators' motion to dismiss the petition for writ of mandamus, is of
the opinion that the motion should be granted. The stay previously granted in this cause is lifted. Relators' motion to
dismiss is granted, and the petition for writ of mandamus is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of October, 2001 .